UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. STUKES, JR., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SUN LIFE FINANCIAL SERVICES COMPANY, )<br>INC., )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:12-CV-301-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Remand is DENIED and Defendant's Motion to Dismiss is ALLOWED without prejudice to Plaintiff to ref-file his claim.

**This Judgment Filed and Entered on March 4, 2013, and Copies To:**

Andrew J. Hanley, (via CM/ECF Notice of Electronic Filing)
Benton Louis Toups (via CM/ECF Notice of Electronic Filing)
Hannah Styron Symonds (via CM/ECF Notice of Electronic Filing)

DATE                                                JULIE A. RICHARDS, CLERK
March 4, 2013                                    /s/ Susan K. Edwards
                                                          (By) Susan K. Edwards, Deputy Clerk